IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DR. LAKSHMI ARUNACHALAM, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 13-1812-RGA |
| WELLS FARGO BANK N.A., | : | |
| Defendant. | : | |

**ORDER TO SHOW CAUSE**

Whereas, Plaintiff Pi-Net International, Inc., filed suit alleging infringement of U.S. patent Nos. 9,587,500 and 8,108,492, in 2013;

Whereas, on March 18, 2015, I granted substitution of Dr. Arunachalam for Pi-Net International (D.I. 40);

Whereas, Plaintiff Dr. Arunachalam sought to file an amended complaint asserting infringement of U.S. Patent No. 7,340,506 on March 21, 2016 (D.I. 48);

Whereas, the '500 and '492 patents were invalidated in Pi-Net v. J.P. Morgan, No. 12-282-SLR, which judgment has since become final;

Whereas, the '506 patent was invalidated in PTAB litigation, Case CBM2016-00081, which judgment has since become final;

NOW THEREFORE, since no valid patent is asserted, or is sought to be asserted;

IT IS HEREBY ORDERED that Plaintiff shall show cause by November 20, 2019, why this case should not be dismissed with prejudice.

IT IS SO ORDERED this 6 day of November 2019.

United States District Judge